**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

| | |
|---|---|
| NATIONWIDE GENERAL INSURANCE COMPANY and NATIONWIDE MUTUAL INSURANCE COMPANY, <br><br> *Plaintiffs,* <br><br> v. <br><br> DAVID R. CREAGER, CUMBERLAND SMI OPCO, LLC d/b/a STATE DOCK MARINA, STATE DOCK F&B, LLC d/b/a STATE DOCK MARINA, SMI TRS OPCO, LLC d/b/a STATE DOCK MARINA, CUMBERLAND SMI OPCO SERIES d/b/a STATE DOCK MARINA, and SUNTEX MARINA INVESTORS, LLC d/b/a  STATE DOCK MARINA, <br> *Defendants.* | No. 26-CV-00091 |

**MOTION FOR ADMISSION *PRO HAC VICE***
**OF ERICA M. BAUMGRAS**

COME NOW the Plaintiffs, Nationwide General Insurance Company ("Nationwide General") and Nationwide Mutual Insurance Company ("Nationwide Mutual") (collectively, "Nationwide"), by counsel, Jay Ridings of Hamm, Milby, Ridings & Hostettler, and move this Court for the admission of Erica M. Baumgras, *pro hac vice*, to practice in the bar of this Court, for the limited purpose of representing Nationwide as co-counsel and, in support of this Motion, Nationwide states as follows:

1.  Erica M. Baumgras is a Member of Flaherty Sensabaugh Bonasso PLLC. Ms. Baumgras is not a resident of Kentucky, not regularly employed in Kentucky, or regularly engaged in business or professional activities in Kentucky.

2.  Ms. Baumgras is a duly licensed, qualified, and enrolled member in good standing of the Bar of the State of West Virginia, as set forth in her affidavit attached as **Exhibit 1**. Ms. Baumgras has never been suspended, disbarred, or faced any disciplinary actions from the Supreme Court of the State of West Virginia.

3.  As shown by the attached affidavit, Ms. Baumgras satisfies the criteria for limited admission to practice in this Court in this particular proceeding, pursuant to LCR 83.2 of the Joint Local Rules of Civil Practice. Ms. Baumgras consents to the rules of this jurisdiction and is knowledgeable with ECF/Pacer.

WHEREFORE, Plaintiffs, Nationwide General Insurance Company ("Nationwide General") and Nationwide Mutual Insurance Company, pursuant to Rule 83.2 of the Kentucky Rules for Admission to The Bar and the Discipline of Attorneys, respectfully requests this Court to enter an Order which admits Steven Grimes *pro hac vice* as co-counsel for the plaintiff in this cause.

DATED: May 21, 2026                                  Respectfully submitted,


                                                     /s/ *Jay Ridings*
                                                     Jay Milby Ridings (KBA No. 91971)
                                                     Hamm, Milby Ridings & Hostettler
                                                     120 N. Main St.
                                                     London, KY 40741
                                                     Telephone: (606) 864-4126
                                                     Fax: (606) 878-8144
                                                     jridings@hmkylaw.com

and

Erica M. Baumgras (WV Bar No. 6862)
(Seeking *Pro Hac Vice* Admission)
Flaherty Sensabaugh Bonasso PLLC
200 Capitol Street (25301)
P. O. Box 3843
Charleston, WV  25338-3843
304.345.0200
EBaumgras@flahertylegal.com

*Co-Counsel for Nationwide General
Insurance Company and Nationwide Mutual
Insurance Company*

3