UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

NATIONWIDE GENERAL INSURANCE
COMPANY and NATIONWIDE MUTUAL
INSURANCE COMPANY,

                *Plaintiffs,*

      v.

DAVID R. CREAGER,
CUMBERLAND SMI OPCO, LLC d/b/a
STATE DOCK MARINA,
STATE DOCK F&B, LLC d/b/a
STATE DOCK MARINA,
SMI TRS OPCO, LLC d/b/a
STATE DOCK MARINA,
CUMBERLAND SMI OPCO SERIES d/b/a
STATE DOCK MARINA, and
SUNTEX MARINA INVESTORS, LLC
d/b/a  STATE DOCK MARINA,
                *Defendants.*

No. 26-CV-_____

**AFFIDAVIT OF ERICA M. BAUMGRAS**

I, Erica M. Baumgras, make this Affidavit to appear *Pro Hac Vice* for Plaintiffs Nationwide General Insurance Company ("Nationwide General") and Nationwide Mutual Insurance Company ("Nationwide Mutual") (collectively, "Nationwide") in this case and in support state:

1.  I will be co-counsel with Jay Milby Ridings of Hamm, Milby, Ridings & Hostettler, 120 North Main Street, London, Kentucky 40741.

2.  I am a Member of Flaherty Sensabaugh Bonasso PLLC located at 200 Capitol Street (25301), P. O. Box 3843, Charleston, WV   25338-3843. My email address is EBaumgras@flahertylegal.com and my phone number is (304) 345-0200.

**<span style="color:red">EXHIBIT 1</span>**

3. I am admitted to practice in the State of West Virginia and my West Virginia Bar Number is 6862.

4. I am currently a member in good standing with the Supreme Court of West Virginia.

5. I have never been suspended or disbarred from the practice of law, and I have never resigned from the practice of law as a result of any disciplinary charge, investigation, or proceeding in any jurisdiction. There are currently no disciplinary proceedings presently against me in any jurisdiction.

6. In the past five years I have not been admitted to practice in Kentucky.

7. I consent to the rules of this jurisdiction as set forth by the Kentucky Supreme Court governing professional conduct.

8. I have extensive experience using ECF and Pacer. I further agree to review and familiarize myself with the learning modules located at https://ecf.kywd.uscourts.gov/ecf2d/index.html

FURTHER AFFIANT SAYETH NOT.

Erica M. Baumgras

Subscribed and sworn to before me this 16th day of April, 2026.

Notary Public
State of West Virginia
Notary ID: N2207010027 71
My Comission Expires: 7/1/2027



CANDY SUE RUSSELL
Notary Public Official Seal
State of West Virginia
My Comm. Expires Jul 1, 2027
5302 David Drive Charleston WV 25313

2

**EXHIBIT 1**