**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

NATIONWIDE GENERAL INSURANCE
COMPANY, *et al.*,

                *Plaintiffs,*

     v.                                 No. 26-CV-00091

DAVID R. CREAGER, *et al.*,
                *Defendants.*

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF ERICA M. BAUMGRAS**

Plaintiffs Nationwide General Insurance Company ("Nationwide General") and Nationwide Mutual Insurance Company ("Nationwide Mutual") (collectively, "Nationwide"), by counsel by counsel, Jay Ridings of Hamm, Milby, Ridings & Hostettler, have moved the Court for the admission *pro hac vice* of attorney Erica M. Baumgras. The Court finds that the movant has tendered the required filing fee and otherwise satisfies all requirements for admission pursuant to LR 83.2. Accordingly, pursuant to LR 83.2(a), and the Court being duly and sufficiently advised, it is hereby **ORDERED** as follows:

1. The Plaintiffs' Motion for Admission *Pro Hac Vice* is **GRANTED**; and

2. Erica M. Baumgras is ADMITTED *pro hac vice* as counsel for Plaintiffs in the above styled action.