**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

|  |  |
|---|---|
| NATIONWIDE GENERAL INSURANCE COMPANY, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> DAVID R. CREAGER, *et al.*, <br> *Defendants.* | No. 26-CV-00091 |

## FRCP 7.1(a)(1) DISCLOSURE

COME NOW the Plaintiffs, Nationwide General Insurance Company ("Nationwide General") and Nationwide Mutual Insurance Company ("Nationwide Mutual"), by counsel, and for their FRCP 7.1 Disclosure Statement, state as follows:

Nationwide General is a nongovernmental corporate party which does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

Nationwide Mutual is a nongovernmental corporate party which does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

DATED: May 21, 2026

Respectfully submitted,

  */s/ Jay Ridings*
Jay Milby Ridings (KBA No. 91971)
Hamm, Milby Ridings & Hostettler
120 N. Main St.
London, KY 40741
Telephone: (606) 864-4126
Fax: (606) 878-8144
jridings@hmkylaw.com

and

Erica M. Baumgras (WV Bar No. 6862)
(Seeking *Pro Hac Vice* Admission)
Flaherty Sensabaugh Bonasso PLLC
200 Capitol Street (25301)
P. O. Box 3843
Charleston, WV  25338-3843
304.345.0200
EBaumgras@flahertylegal.com

*Co-Counsel for Nationwide General
Insurance Company and Nationwide Mutual
Insurance Company*

2