WDKY (Rev. 11/22) Federal Rule of Civil Procedure 7.1(a)(2) Disclosure Statement

## THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF KENTUCKY
### at __Bowling Green__

Plaintiff:    Nationwide General Insurance Company, *et al.*

v.                                                     Case No: 26-CV-00091

Defendant:    David R. Creager, *et al.*

\* \* \* \* \*

### DISCLOSURE STATEMENT

This Disclosure Statement is filed on behalf of Nationwide General Insurance Company and Nationwide Mutual Insurance Company in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement must name, and identify the citizenship of, every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party, or intervenor, hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party or intervenor: (Attach additional pages if needed.)

| | |
|---|---|
| __Nationwide Gen. Ins. Co.__ | __Ohio__ |
| Party or Intervenor | Citizenship |
| __Nationwide Mut. Ins. Co.__ | __Ohio__ |
| Party or Intervenor | Citizenship |

WDKY (Rev. 11/22) Federal Rule of Civil Procedure 7.1(a)(2) Disclosure Statement

David R. Creager                               West Virginia
Party or Intervenor                          Citizenship

SMI OPCO, LLC d/b/a State Dock Marina          Texas
Party or Intervenor                          Citizenship

State Dock F&B, LLC d/b/a                       Texas
State Dock Marina                            Citizenship
Party or Intervenor

SMI TRS OPCO, LLC d/b/a                         Texas
State Dock Marina                            Citizenship
Party or Intervenor

Cumberland SMI OPCO Series d/b/a               Texas
State Dock Marina                            Citizenship
Party or Intervenor

Suntex Marina Investors, LLC d/b/a             Texas
State Dock Marina                            Citizenship
Party or Intervenor


**A supplemental disclosure statement will be filed upon any change in the information provided herein.**


May 21, 2026
Date                                         Signature

                          Counsel for:    Nationwide General Insurance
                                          Company and Nationwide Mutual
                                          Insurance Company