AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  26-cv-00091

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   David R. Creager

was received by me on *(date)*          05/22/2026          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   The summons and complaint were served on David R. Creager by U.S. Postal Service
Certified Mail, Restricted Delivery, on May 27, 2026. The signed return receipt ("green
card") is attached as proof of service on said defendant.

My fees are $          0.00          for travel and $          29.75          for services, for a total of $          ·29.75          .

I declare under penalty of perjury that this information is true.

Date:     06/15/2026                                        _____
                                                                                        *Server's signature*

                                                        Rebecca Anderson, Paralegal
                                                        _____
                                                                                        *Printed name and title*

                                                        120 N Main Street
                                                        London, KY 40741
                                                        _____
                                                                                        *Server's address*

Additional information regarding attempted service, etc:

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David R. Creager
236 Shady Lawn Dr.
Shady Spring, WV
25918

9590 9402 8032 2349 4990 43

2. Article Number *(Transfer from service label)*

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
David Creager

C. Date of Delivery
5/27/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAY 27 2026

USPS

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt



USPS TRACKING #

9590 9402 8032 2349 4990 43

**United States
Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



• Sender: Please print your name, address, and ZIP+4® in this box•

Jay Ridings
120 N. Main St.
London Ky 40741