**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

|  |  |
|---|---|
| NATIONWIDE GENERAL INSURANCE COMPANY and NATIONWIDE MUTUAL INSURANCE COMPANY, |  |
| *Plaintiffs,* |  |
| v. | No. 26-CV-00091 |
| DAVID R. CREAGER, *et al.*, |  |
| *Defendants.* |  |

## NATIONWIDE'S REQUEST FOR ENTRY OF DEFAULT PURSUANT TO FRCP 55(a)

Plaintiffs Nationwide General Insurance Company and Nationwide Mutual Insurance Company (collectively "Nationwide"), by counsel, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, respectfully requests the entry of default against Defendants David R. Creager ("Creager"), Cumberland SMI OPCO, LLC ("Cumberland SMI"), SMI TRS OPCO, LLC ("SMI TRS"), and State Dock F&B, LLC ("State Dock").[1] In support of this request, Nationwide states as follows:

1.      This action was initiated by the filing of a Complaint for Declaratory Relief on May 20, 2026 [DE 1]. Copies of the Summons, Complaints, and exhibits thereto were mailed, certified mail-return receipt requested, to Creager directly and to the agent for service of process for the remaining defendants.

---

[1] For the avoidance of doubt, Nationwide is *not* seeking default against 1) Cumberland SMI OPCO Series or 2) Suntex Marina Investors, LLC.

2.    Defendant Creager was served with the Summons and Complaint on May 27, 2026 [DE 10]. Under FRCP 12, the deadline for Creager to answer or otherwise respond to Nationwide's Complaint expired on June 17, 2026.

3.    Defendant Cumberland SMI was served with the Summons and Complaint via its Registered Agent, Corporation Service Company, on June 9, 2026 [DE 11]. Under FRCP 12, the deadline for Cumberland SMI to answer or otherwise respond to Nationwide's Complaint expired on June 30, 2026.

4.    Defendant SMI TRS was served with the Summons and Complaint via its Registered Agent, Corporation Service Company, on June 9, 2026 [DE 12]. Under FRCP 12, the deadline for SMI TRS to answer or otherwise respond to Nationwide's Complaint expired on June 30, 2026.

5.    Defendant State Dock was served with the Summons and Complaint via its Registered Agent, Corporation Service Company, on June 9, 2026 [DE 13]. Under FRCP 12, the deadline for State Dock to answer or respond to Nationwide's Complaint expired on June 30, 2026.

6.    Defendants Creager, Cumberland SMI, SMI TRS, and State Dock have failed to answer or otherwise respond to Nationwide's Complaint.

7.    Because Creager, Cumberland SMI, SMI TRS, and State Dock have failed to answer or otherwise respond to Nationwide's Complaint, they are in default.

8.    Nationwide requests entry of default against Creager, Cumberland SMI, SMI TRS, and State Dock by the Clerk of the Court pursuant to FRCP 55(a) so that Nationwide may thereafter proceed with moving for default judgment against said defendants pursuant to FRCP 55(b).

2

For the foregoing reasons, Plaintiffs Nationwide General Insurance Company and Nationwide Mutual Insurance Company respectfully request entry of default by the Clerk of Court pursuant to FRCP 55(a) against Defendant David R. Creager, Defendant Cumberland SMI OPCO, LLC, Defendant SMI TRS OPCO, LLC, and Defendant State Dock F&B, LLC.

Respectfully submitted,


  /s/ Jay Ridings
Jay Milby Ridings (KBA No. 91971)
Hamm, Milby Ridings & Hostettler
120 N. Main St.
London, KY 40741
Telephone: (606) 864-4126
Fax: (606) 878-8144
jridings@hmkylaw.com

and

Erica M. Baumgras (WV Bar No. 6862)
(Seeking *Pro Hac Vice* Admission)
Flaherty Sensabaugh Bonasso PLLC
200 Capitol Street (25301)
P. O. Box 3843
Charleston, WV  25338-3843
304.345.0200
EBaumgras@flahertylegal.com

*Co-Counsel for Nationwide General
Insurance Company and Nationwide Mutual
Insurance Company*

3