**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION**

NATIONWIDE GENERAL INSURANCE
COMPANY and NATIONWIDE MUTUAL
INSURANCE COMPANY,

                *Plaintiffs,*

    v.

DAVID R. CREAGER, *et al.*,

                *Defendants.*

No. 26-CV-00091

**[PROPOSED]
CLERK'S ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs Nationwide General Insurance Company and Nationwide Mutual Insurance Company having filed their Request for Entry of Default [DE 14], and it appearing from the record that:

1. Defendants **David R. Creager**, **Cumberland SMI OPCO, LLC**, **SMI TRS OPCO, LLC**, and **State Dock F&B, LLC** (collectively "Defaulting Defendants") were each duly served with the Summons and Complaint in accordance with Rule 4 of the Federal Rules of Civil Procedure;

2. The time within which Defaulting Defendants were required to plead or otherwise defend has expired;

3. Defaulting Defendants have failed to plead or otherwise defend this action as required by the Federal Rules of Civil Procedure; and

4. Such failures have been shown by affidavit or otherwise [DE 10, 11, 12, and 13];

2

IT IS HEREBY CERTIFIED AND ENTERED that the default of Defendant **David R. Creager** is entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

IT IS HEREBY CERTIFIED AND ENTERED that the default of Defendant **Cumberland SMI OPCO, LLC** is entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

IT IS HEREBY CERTIFIED AND ENTERED that the default of Defendant **SMI TRS OPCO, LLC** is entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

IT IS HEREBY CERTIFIED AND ENTERED that the default of Defendant **State Dock F&B, LLC** is entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

_____
Clerk, United States District Court
Western District of Kentucky

2